UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACADIA HEALTHCARE COMPANY, INC. and HABIT OPCO, LLC,<br>    *Plaintiffs*,<br><br>v.<br><br>CITY OF FITCHBURG, CITY OF FITCHBURG ZONING BOARD OF APPEALS, FELIX ZEMEL, LAUREN McNAMARA, MICHAEL O'LAUGHLIN, CHRISTINE TREE, BRIAN GALLAGHER, and GREG BABINEAU,<br>    *Defendants*. | C.A. No. _____ |

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT**
<u>**28 U.S.C. § 1441(a)**</u>

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioners, CITY OF FITCHBURG (the "City"), CITY OF FITCHBURG ZONING BOARD OF APPEALS, FELIX ZEMEL, LAUREN McNAMARA, MICHAEL O'LAUGHLIN, CHRISTINE TREE, BRIAN GALLAGHER, and GREG BABINEAU (collectively, the "Municipal Defendants"), respectfully petition this Court, pursuant to 28 U.S.C. § 1441(a), for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for the County of Worcester, and for its Notice of Removal states as follows:

1.  The Municipal Defendants are named as Defendants by the Plaintiffs, ACADIA HEALTHCARE COMPANY, INC. and HABIT OPCO, LLC (together, the "Plaintiffs"), in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for the County of Worcester, entitled <u>Acadia Healthcare Company, Inc. v. City of Fitchburg</u>, C.A. No. 2485CV01019. On November 27, 2024, the Plaintiffs delivered Summonses and copies of the

Amended Complaint to the City. Copies of the Summonses & Order of Notice and Amended Complaint are attached hereto as Exhibits "A" and "B," respectively. The Municipal Defendants have not yet answered or otherwise responded to said Summonses and Amended Complaint. Counsel for the Parties agreed to a thirty-day extension for the Municipal Defendants to respond to the Amended Complaint, which the Parties agree is January 17, 2024.[1]

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in the Superior Court of the Commonwealth of Massachusetts in and for the County of Worcester and, accordingly, under 28 U.S.C. §§ 101, 1441(a), and Local Rule 40.1(c)(2), the United States District Court for the District of Massachusetts, Central Division, is the proper forum for removal.

3. In Count I of the action, the Plaintiffs allege that the Municipal Defendants violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq*.

4. In Count II of the action, the Plaintiffs allege that the Municipal Defendants violated the Rehabilitation Act of 1973, 29 U.S.C. §§ 794, *et seq*.

5. In Count III of the action, the Plaintiffs allege that the Municipal Defendants violated 42 U.S.C. § 1983 and the due process and equal protection clauses of the Fourteen Amendment to the United States Constitution.

6. Because this civil action arises under the Constitution and laws of the United States, the United States District Court has original jurisdiction under 28 U.S.C. § 1331.

7. The United States District Court has supplemental jurisdiction over Count IV pursuant to 28 U.S.C. § 1367(a).

---

[1] This Notice of Removal should not be considered a waiver of the Municipal Defendants' right to move to dismiss the Amended Complaint for insufficient service of process or for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(5)-(6).

8.      The Municipal Defendants are filing this Notice of Removal within thirty days of receipt of the Summonses and Amended Complaint, within thirty days of the date this action became removable, and within the time for filing this petition. See 28 U.S.C. § 1446.

9.      The Municipal Defendants will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Worcester.

10.     Pursuant to Local Rule 81.1(a), the Municipal Defendants shall request of the Clerk of the Superior Court of Massachusetts, County of Worcester, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein and shall file the same with this Court within twenty-eight days after the filing of this Notice of Removal.

WHEREFORE, Petitioners, CITY OF FITCHBURG, CITY OF FITCHBURG ZONING BOARD OF APPEALS, FELIX ZEMEL, LAUREN McNAMARA, MICHAEL O'LAUGHLIN, CHRISTINE TREE, BRIAN GALLAGHER, and GREG BABINEAU, pray that the above-entitled action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Worcester County be removed from that Court to this United States District Court.

Respectfully submitted,

The Municipal Defendants,

CITY OF FITCHBURG, CITY OF FITCHBURG ZONING BOARD OF APPEALS, FELIX ZEMEL, LAUREN McNAMARA, MICHAEL O'LAUGHLIN, CHRISTINE TREE, BRIAN GALLAGHER, and GREG BABINEAU,

By their Attorneys,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Cole S. Fahrenkopf*
Justin L. Amos, BBO No. 697232
Cole S. Fahrenkopf, BBO No. 710953
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
jamos@piercedavis.com
cfahrenkopf@piercedavis.com

Dated:  December 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 20, 2024.

*/s/ Cole S. Fahrenkopf*
Cole S. Fahrenkopf